UNITED STATES of America, Plaintiff–Appellee,

v.

Gordon J. BISHOP, Defendant–Appellant.

No. 03–30477.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 20, 2004.

Klaus P. Richter, Esq., Billings, MT, for Plaintiff–Appellee.

Mark S. Werner, Esq., Billings, MT, for Defendant–Appellant.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM **

Gordon Jay Bishop appeals the district court's order revoking his supervised release and imposing an 18–month sentence upon revocation. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Bishop's counsel has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Bishop did not file a pro se supplemental brief, and the government did not file a brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Accordingly, counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.